UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61521-CIV-ZLOCH

DARRYL TRUMANE BOGAN,

    Petitioner,

vs.                                                O R D E R

UNITED STATES OF AMERICA,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 7) filed herein by United States Magistrate Judge Robin S. Rosenbaum. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report And Recommendation (DE 7) filed herein by United States Magistrate Judge Robin S. Rosenbaum be and the same is hereby approved, adopted and ratified by the Court;

    2. Petitioner Darryl Trumane Bogan's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside Or Correct A Sentence By A Person In Federal Custody (DE 1) be and the same is hereby **GRANTED** regarding Count Two of the Indictment in Case No. 08-CR-60271 for aggravated identity theft in violation of 18 U.S.C. § 1028A;

3. Petitioner Darryl Trumane Bogan's conviction under Count Two of the Indictment in Case No. 08-CR-60271 for aggravated identity theft in violation of 18 U.S.C. § 1028A be and the same is hereby **VACATED**, set aside, and of no further force or effect; and

4. Re-sentencing will be set by separate Order .

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of November, 2009.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Robin S. Rosenbaum
United States Magistrate Judge

All Counsel of Record